UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL H. HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:18-cv-00913-JDP<br><br>ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS<br><br>ECF No. 2 |

Plaintiff Michael H. Hill proceeds in this social security appeal without counsel. He seeks leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. ECF No. 2. Plaintiff has submitted an affidavit that satisfies the requirements under § 1915. *Id*. The court will therefore grant plaintiff leave to proceed to proceed *in forma pauperis*. The court will also direct a United States Marshal to serve defendant Commissioner of Social Security, as required. *See* Fed. R. Civ. P. 4(c)(3).

**Order**

    a. Plaintiff Michael H. Hill's motion for leave to proceed *in forma pauperis* is granted.

    b. The court also orders service of process on defendant:

        i. The clerk must issue summons.

        ii. The United States Marshal Service must serve a copy of the complaint, summons, and this order on defendant.

        iii. Plaintiff must assist the marshal upon request.

        iv. The United States will advance all costs of service.

IT IS SO ORDERED.

Dated:     December 12, 2018                                    _____
                                                                UNITED STATES MAGISTRATE JUDGE