UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHAEL H. HILL,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:18-cv-01673-DAD-JDP<br><br>ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S OPENING BRIEF AND MODIFY BRIEFING SCHEDULE<br><br>ECF Nos. 13, 15 |

    For good cause shown, it is hereby ordered that Defendant's Motion to Strike Plaintiff's Opening Brief and Modify Briefing Schedule, ECF No. 15, is granted. The clerk is directed to strike the May 8, 2019 opening brief, ECF No. 13, from the record. Defendant shall respond to plaintiff's letter brief by June 13, 2019. All other deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:   June 14, 2019       _____
                                                  UNITED STATES MAGISTRATE JUDGE