UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL H. HILL,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:18-cv-01673-DAD-JDP<br><br>ORDER GRANTING MOTION TO WITHDRAW REQUEST FOR APPEAL<br><br>ECF No. 21 |

Plaintiff Michael H. Hill proceeds in this Social Security appeal unrepresented by counsel. Plaintiff moves to withdraw his appeal of the adverse decision made by defendant Commissioner of Social Security. ECF No. 21. Plaintiff's motion is hereby granted, and his appeal is dismissed. The clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   August 2, 2019                     _____
                                                    UNITED STATES MAGISTRATE JUDGE

No. 204

1