UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL H. HILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  1:18-cv-01673-DAD-JDP (SS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION TO RE-OPEN CASE<br><br>(Doc. Nos. 23, 24) |

　　　　Plaintiff Michael H. Hill is proceeding *pro se* and *in forma pauperis* in this appeal of the Commissioner of Social Security's decision to deny his application for benefits under the Social Security Act.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 25, 2020, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion to re-open his case be granted.  (Doc. Nos. 23, 24.)  The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days of service.  (Doc. No. 24 at 2.)  No objections have been filed and the time to do so has now passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

1

findings and recommendation are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on March 25, 2020 (Doc. No. 24) are adopted in full;
2. Plaintiff's motion to re-open the case (Doc. No. 23) is granted;
3. The Clerk of the Court is directed to vacate the order closing this case (Doc. No. 22) and re-open this case; and
4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **May 12, 2020**

_____
UNITED STATES DISTRICT JUDGE