UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL H. HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:18-cv-01673-DAD-JDP<br><br>ORDER MODIFYING SCHEDULING ORDER<br><br>ECF No. 5 |

Plaintiff Michael H. Hill proceeds in this Social Security appeal unrepresented by counsel. This case has been reopened, after closing in the middle of briefing. Thus, the court will modify its scheduling order. Plaintiff has filed his opening brief. ECF No. 20. Thus, the court orders defendant to file a responsive opening brief within 30 days of the date of this order. Plaintiff's reply brief is due within 15 days after service of defendant's brief.

IT IS SO ORDERED.

Dated:   June 9, 2020                                  _____
                                                       UNITED STATES MAGISTRATE JUDGE

No. 204.

1